**Order entered December 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00965-CV

**ALFONSO WILBURN AND DELORIS ANN WILBURN, Appellants**

**V.**

**VALLIANCE BANK AND COLEMAN & PATTERSON LLC, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14629**

## ORDER

We **GRANT** appellants' December 11, 2014 unopposed motion for extension of time to

file their reply brief and **ORDER** the brief be filed no later than January 16, 2015.

/s/    CRAIG STODDART
       JUSTICE